**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                              RE:    Jacquay Quinn FORD
                                       Docket Number:  2:07CR00063-01
                                       **REQUEST TO RELEASE CASE FILE INFORMATION**

Your Honor:

The above-named releasee was convicted in the Central District of California for a violation of 18 USC 371 - Conspiracy, with the underlying offenses of Transporting Minor Females and to Cause Them to Engage in Commercial Sex Acts, in violation of 18 USC 1591(a)(1) and 2423(a). She was sentenced on December 4, 2006, to 15 months imprisonment followed by three years Supervised Release. She was released from custody on December 15, 2006, and since she had no viable means of support or residence in Southern California, she relocated to Sacramento, California where the releasee resided prior to engaging in the instant offense. Jurisdiction was transferred from the Central District to the Eastern District of California on March 6, 2007.

On January 29, 2007, this officer received a telephone call from Sergeant Douglas McGeachy, Internal Affairs, Santa Ana Police Department. Sergeant McGeachy advised the releasee was in custody for her federal offense in the City of Santa Ana jail. He was investigating misconduct charges against a correctional officer at the jail, and the misconduct involved two inmates, including the releasee, who were given special consideration, and may have been romantically involved with the correctional officer. He advised that the correctional officer left the jail the day the releasee was discharged, and did not return to work for one week. This absence corresponded exactly with travel and reporting time requirements for the releasee to relocate to Sacramento. Based on the nature and circumstances of the investigation, and the possibility the releasee violated her conditions of supervision, this officer disclosed to Sergeant McGeachy the address in Southern California provided by the releasee to the probation officer in the Central District

1

**RE:   Jacquay Quinn FORD**
      **Docket Number:   2:07CR00063-01**
      <u>**REQUEST TO DISCLOSE FILE INFORMATION**</u>

of California.  The releasee provided this address verbally to U.S. Probation Officer Scott Wright on December 15, 2006, who noted the address in a chronological entry in the probation file. This address was temporary pending her relocation to Sacramento and check-in one week later with the probation office in Roseville, California. The address was not verified by the probation office as she would only be there for one week.

On April 13, 2007, Sergeant McGeachy traveled to Roseville, California, to interview the releasee. When questioned directly about her involvement with the correctional officer under investigation, she was not cooperative or forthcoming with the officer, and terminated the interview. Shortly thereafter, Sergeant McGeachy discovered the address in Southern California provided by the releasee was the residence of the correctional officer's sister.

Based on this pertinent information in relation to the Internal Affairs investigation, the Santa Ana Police Department is requesting copies of documents and chronological records that indicate the address given by the releasee upon her release from custody:  a single chronological entry made by then U.S. Probation Officer Scott Wright (he is now employed by the Tustin Police Department) on December 15, 2006. The police department is also requesting that, if needed at an administrative hearing, Scott Wright be allowed to speak to a review board, about the address information provided by the releasee.

**RE:    Jacquay Quinn FORD**
       **Docket Number:   2:07CR00063-01**
       **REQUEST TO DISCLOSE FILE INFORMATION**

Copies of the letter from the Santa Ana Police Department are being sent via e-mail with this memo, as well as a copy of the presentence report and judgment and commitment order.

                             Respectfully submitted,

                             /s/ *Dayna D. Ward*
                             **DAYNA D. WARD**
                             **Senior United States Probation Officer**

Dated:      June 20, 2007
            Roseville, California
            DDW


**REVIEWED BY:**      /s/ *Richard A. Ertola*
                      **RICHARD A. ERTOLA**
                      **Supervising United States Probation Officer**


AGREE:  __XX_____                    DISAGREE:  _____

_____           06-20-07
D. LOWELL JENSEN                                  DATE
Senior United States District Judge