

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                         RE:   **Jacquay Quinn FORD**
                                   **Docket Number:  2:07CR00063-01**
                                   **REQUEST TO RELEASE CASE FILE**
                                   **INFORMATION AND SUBPOENA**

Your Honor:

The above-named releasee was convicted in the Central District of California for a violation of 18 USC 371 - Conspiracy, with the underlying offenses of Transporting Minor Females and to Cause Them to Engage in Commercial Sex Acts, in violation of 18 USC 1591(a)(1) and 2423(a). She was sentenced on December 4, 2006, to 15 months imprisonment, followed by three years Supervised Release. She was released from custody on December 15, 2006, and since she had no viable means of support or residence in Southern California, she relocated to Sacramento, California, where the releasee resided prior to engaging in the instant offense. Jurisdiction was transferred from the Central District of California to the Eastern District of California on March 6, 2007.

On June 20, 2007, Your Honor approved the release of a single chronological entry from the releasee's probation file to the Santa Ana Police Department Internal Affairs Division, as part of its investigation into misconduct by a correctional officer. Please see the attached memorandum for review.

Rev: 05/2006
MEMO ~ COURT.MRG

RE:   Jacquay Quinn FORD
      Docket Number:   2:07CR00063-01
      **REQUEST TO RELEASE CASE FILE INFORMATION AND SUBPOENA**

On December 15, 2007, the releasee was cited for speeding in the Northern District of California. This violation, along with several other minor violations, was reported to the Court in January 2008, with a recommendation of a written reprimand to the releasee. The releasee was driving the correctional officer's vehicle at the time, and she admitted to having limited contact with the correctional officer over the last year. I notified the Santa Ana Police Department as a professional courtesy. The investigator advised the correctional officer had recently been fired; however, she was appealing the ruling, and the case was still active.

On March 5, 2008, I received a Subpoena For Personal Appearance and Records Production from the City Attorney, City of Santa Ana, to appear in person in the City Council Chambers on May 6, 7, 8, 13, 14, and 15, 2008, and to produce the records of my conversation with the releasee regarding her contact with the correctional officer under investigation.

On March 25, 2008, I spoke with an investigator with the Santa Ana Police Department who advised the City Attorney would like a copy of the chronological record noted above, and the completion of a Declaration of Custodian of Records. He did not believe my personal appearance was necessary, and I concur. However, this does not relieve me from answering the subpoena.

RE: Jacquay Quinn FORD
Docket Number: 2:07CR00063-01
**REQUEST TO RELEASE CASE FILE INFORMATION AND SUBPOENA**

I have attached the above documents for your perusal. I am recommending that the chronological record be released, either wholly or in part, with a completed declaration. Since this investigation does not directly affect the releasee, or supervision of her, I am recommending the Court deny the City Attorney's request that I appear in person.

Respectfully submitted,

*/s/ Dayna Ward/*

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated: April 3, 2008
Roseville, California
:ddw/cd

REVIEWED BY: */s/ Dayna Ward for RAE/*

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

Attachments: Memorandum signed June 20, 2007
Chronological entry dated 12/28/2007
Subpoena for Personal Appearance and Records Production
Sample Declaration of Custodian of Record

3

Rev. 05/2008
MEMO – COURT.MRG

**RE:** Jacquay Quinn FORD
**Docket Number:** 2:07CR00063-01
**REQUEST TO RELEASE CASE FILE INFORMATION AND SUBPOENA**

### ORDER

Release chronological entry dated December 28, 2007, with Declaration of Custodian of Records, to City Attorney, City of Santa Ana; personal appearance to testify pursuant to Subpoena For Personal Appaearance and Records Production is denied.

AGREE: ✓          DISAGREE: _____

*[signature]*          4-24-08
D. LOWELL JENSEN          DATE
Senior United States District Judge

4

Rev. 05/2006
MEMO ~ COURT.MRG